ORIGINAL

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. ATLANTA

MAY 20 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEP USA, a New York partnership, | ) |
| Plaintiff, | ) ) ) CIVIL ACTION |
| vs. | ) NO. 02-CV-2053-BBM ) ) |
| MOCK PALLET COMPANY, a Georgia Corporation | ) ) ) |
| Defendant. | ) ) |

## NOTICE TO TAKE DEPOSITION

TO: RALPH BUENO

YOU ARE HEREBY NOTIFIED that on the 3rd day of June, 2003 at 11:00 a.m. at the office of Akerman, Senterfitt & Eidson, P.A., 255 South Orange Avenue, Tenth Floor, Orlando, Florida 32801, I will proceed to take the deposition of RALPH BUENO, upon oral examination pursuant to Section 26 and Section 30 of the Georgia Civil Practice Act (O.C.G.A. Section 9-11-26 and Section 9-11-30). The deposition will be taken for the purposes of cross-examination for discovery, and all other lawful purposes. The deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion.

This 19th day of May, 2003.

_____
Eugene D. Butt
State Bar No. 099987
Attorney for Defendant

Ballard, Stephenson & Waters, L.L.P.
P.O. Box 29
Covington, Georgia 30015
Phone: 770-786-8123

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEP USA, a New York partnership, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) CIVIL ACTION |
| vs. | ) NO. 02-CV-2053-BBM<br>)<br>) |
| MOCK PALLET COMPANY,<br>a Georgia Corporation | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE TO TAKE DEPOSITION

TO: GORDON KIRSCH

YOU ARE HEREBY NOTIFIED that on the 2nd day of June, 2003 at 3:00 p.m. at the office of Akerman, Senterfitt & Eidson, P.A., 255 South Orange Avenue, Tenth Floor, Orlando, Florida 32801, I will proceed to take the deposition of GORDON KIRSCH, upon oral examination pursuant to Section 26 and Section 30 of the Georgia Civil Practice Act (O.C.G.A. Section 9-11-26 and Section 9-11-30). The deposition will be taken for the purposes of cross-examination for discovery, and all other lawful purposes. The deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion.

This _19th_ day of May, 2003.

_____
Eugene D. Butt
State Bar No. 099987
Attorney for Defendant

Ballard, Stephenson & Waters, L.L.P.
P.O. Box 29
Covington, Georgia 30015
Phone: 770-786-8123

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHEP USA, a New York partnership, )
)
Plaintiff, )
) CIVIL ACTION
) NO. 02-CV-2053-BBM
vs. )
)
MOCK PALLET COMPANY, )
a Georgia Corporation )
)
Defendant. )
)

## NOTICE TO TAKE DEPOSITION

TO: DAVID LEE

YOU ARE HEREBY NOTIFIED that on the 3rd day of June, 2003 at 10:00 p.m. at the office of Akerman, Senterfitt & Eidson, P.A., 255 South Orange Avenue, Tenth Floor, Orlando, Florida 32801, I will proceed to take the deposition of DAVID LEE, upon oral examination pursuant to Section 26 and Section 30 of the Georgia Civil Practice Act (O.C.G.A. Section 9-11-26 and Section 9-11-30). The deposition will be taken for the purposes of cross-examination for discovery, and all other lawful purposes. The deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion.

This 19th day of May, 2003.

_____
Eugene D. Butt
State Bar No. 099987
Attorney for Defendant

Ballard, Stephenson & Waters, L.L.P.
P.O. Box 29
Covington, Georgia 30015
Phone: 770-786-8123

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEP USA, a New York partnership, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | NO. 02-CV-2053-BBM |
| vs. ) | |
| ) | |
| MOCK PALLET COMPANY, ) | |
| a Georgia Corporation ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION

TO: WALT RUSSELL

YOU ARE HEREBY NOTIFIED that on the 3rd day of June, 2003 at 11:00 p.m. at the office of Akerman, Senterfitt & Eidson, P.A., 255 South Orange Avenue, Tenth Floor, Orlando, Florida 32801, I will proceed to take the deposition of WALT RUSSELL, upon oral examination pursuant to Section 26 and Section 30 of the Georgia Civil Practice Act (O.C.G.A. Section 9-11-26 and Section 9-11-30). The deposition will be taken for the purposes of cross-examination for discovery, and all other lawful purposes. The deposition will be taken before a certified court reporter or some other officer duly authorized by law to take depositions. The oral examination will continue from day to day until its completion.

This 15th day of May, 2003.

_____
Eugene D. Butt
State Bar No. 099987
Attorney for Defendant

Ballard, Stephenson & Waters, L.L.P.
P.O. Box 29
Covington, Georgia 30015
Phone: 770-786-8123

