IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHEP USA, a New York partnership, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>MOCK PALLET COMPANY, )<br>a Georgia Corporation )<br>)<br>   Defendant. ) | CIVIL ACTION<br>NO. 1: 02-CV-2053-BBM |

**CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B**

I hereby certify that the foregoing MOCK PALLET COMPANY'S TRIAL BRIEF has been computer processed with 14 point Times New Roman font in compliance with N.D.G.A. Local Rule 5.1B.

This 19th day of June, 2006.

                              BALLARD, STEPHENSON & WATERS, P.C.

                      By: _____s/Eugene D. Butt_____
                              Eugene D. Butt
                              Attorney for Mock Pallet Company
                              Georgia Bar No. 099987

1148 Washington Street
P. O. Box 29
Covington, Georgia 30015
(770) 786-8123
Email: bswlaw_jennifer@bellsouth.net