IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHEP USA, a New York partnership, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | No. 1: 02-CV-2053-BBM |
| vs. | ) | |
| | ) | |
| MOCK PALLET COMPANY, | ) | |
| a Georgia Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing MOCK PALLET COMPANY'S TRIAL BRIEF and CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B upon counsel by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

KING & SPALDING
W. Randall Bassett
1180 Peachtree Street
Atlanta, Georgia  30309

This 19th day of June, 2006.

BALLARD, STEPHENSON & WATERS, P.C.

| | |
|---|---|
| 1148 Washington Street | By: ___s/Eugene D. Butt_____ |
| P.O. Box 29 | Eugene D. Butt |
| Covington, Georgia  30015 | Attorney for Mock Pallet Company |
| (770) 786-8123 | Georgia Bar No. 099987 |
| Email: bswlaw_jennifer@bellsouth.net | |